UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MEGAN APRIL TATE,

    Petitioner,

v.          Case No. 3:25cv1590-MCR-HTC

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated September 11, 2025. *See* ECF No 3. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this Order.

2. Tate's petition for writ of habeas corpus, ECF No. 1, is DISMISSED.

3. The Clerk is directed to close the case file.

**DONE AND ORDERED** this 15th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**